**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7736

STEVEN C. WILSON,

             Plaintiff - Appellant,

      v.

CHARLES L. MANN, SR.; WILLIS J. FOWLER,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.   (5:08-ct-03053-BO)

Submitted: January 14, 2010          Decided: January 21, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven C. Wilson, Appellant Pro Se.   Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven C. Wilson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. Mann, No. 5:08-ct-03053-BO (E.D.N.C. Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED